UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIA CIOTTI, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MEADOWLANDS HOSPITAL MEDICAL CENTER and MEADOWLANDS HOSPITAL MEDICAL CENTER HEALTH & WELFARE BENEFITS PROGRAM,<br><br>    Defendants. | Civ. A. No. 2:13-cv-02055-JMV-MF<br><br>**STIPULATION OF<br>VOLUNTARY DISMISSAL** |

  This matter having been brought before the Court on the application of plaintiffs for a voluntary dismissal of their Third Amended Complaint filed January 19, 2015 (the "Complaint") pursuant to Fed. Rule Civ. P. 41, all parties hereby stipulate as follows:

  1. Plaintiffs' Complaint is hereby voluntarily dismissed without prejudice pursuant to Fed. Rule Civ. P. 41.

  2. The statute of limitations on claims asserted by plaintiffs on behalf of the putative class as set forth in the Complaint is hereby tolled for six months from the date of filing of this stipulation.

  3. Prior to the expiration of the tolling period set forth in the preceding paragraph, the individual plaintiffs and putative class members, consisting of those persons identified in the attached Schedule A, shall be permitted to file a separate complaint setting forth individual claims asserting the causes of action previously alleged in the Complaint in the above matter. Within 60 days of the filing of this stipulation, plaintiffs' counsel may amend Schedule A on

written notice to the defendants. No claims may be filed on behalf of any individual not identified in Schedule A within this 60 day period. No claims may be filed on behalf of any putative class.

Dated: March 30, 2016

/s/ R. Matthew Pettigrew Jr.
R. Matthew Pettigrew Jr.
Peter Demokovitz
Jonathan Walters (pro hac vice)
MARKOWITZ & RICHMAN
123 South Broad Street, Suite 2020
Philadelphia, Pennsylvania 19109
(215) 875-3100
*Attorneys for Plaintiffs*

/s/ A. Ross Pearlson
A. Ross Pearlson
Mauro G. Tucci Jr.
CHIESA SHAHINIAN &
GIANTOMASI PC
One Boland Drive
West Orange, NJ 07052
(973) 530-2100
*Attorneys for Defendants*

**SO ORDERED:**

_____ 3/30/16
Hon. John Michael Vazquez, U.S.D.J.

## SCHEDULE A

1. Lora Lee-Baker
2. Maria Bambico
3. Bernadette Berida-Miller
4. Lutgarda Bieluch
5. Miriam Verdner-Boucos
6. Lucinda Boxley
7. Towanna Budhu
8. Sylvia Caban
9. Kevin Campbell
10. Elizabeth Carames
11. Delmy Carreras
12. Christine Castellanos
13. Halina Chapinski
14. Karen Christie
15. Maria Ciotti
16. Kim Davis
17. Digna Dennehy
18. Nebis Diaz
19. Joanne Dudsak
20. Pamela Flaim
21. Clara Fleites
22. Elias Gutierez
23. Albert Guzman
24. Dorota Janczak
25. Jane Patel
26. Denise King-Casey
27. Lap Ming Mak
28. Yomiara Lopez
29. Dwana Mack
30. Cleofe Maghacut
31. Danuta Majdosz
32. Lidia Mateo
33. Elda Medina
34. Patricia Mondello
35. Glenn Murphy
36. Lanie Navarro
37. Sejal Patel
38. Madeline Pflugh
39. Katie Polite
40. Martha Serrano
41. Iryna Shlapakova
42. Thomas Smid
43. Carolyn Spanola
44. Janet St. Andrew
45. Janice Swift
46. Josephine Terry
47. Evelyn Tropel
48. Shirley Urueta
49. Consuelo Valiente
50. Nancy Vargas
51. Victoria Veale
52. Melissa Vieira
53. Andrew Witter
54. Magdy Yousef
55. Bernadette Maingi
56. Cristina Borgonos
57. Delia Codog
58. Mary DeLeon
59. Milagros Gaspar
60. Elias Gutierrez
61. Elaine Havlicek
62. Lori Haywood
63. Khalia Myles
64. Gladys Philemond
65. Naja Pollard
66. Maria Acosta

5847632.1